# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FELICIANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01627-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO STRIKE INCORRECT ADMINISTRATIVE RECORD AND EXTEND TIME TO FILE CORRECTED ADMINISTRATIVE RECORD AND FILE OPENING BRIEF<br><br>(ECF Nos. 12, 17) |

　　　　On November 16, 2020, Antonio Feliciano ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. On August 16, 2021, the Commissioner filed a certified copy of the administrative record ("CAR"). (ECF No. 12.) On August 17, 2021, the Court advised the parties of the lifting of the stay in this action. (ECF No. 13.) The parties have served their confidential letter briefs. (ECF Nos. 15, 16.) On November 9, 2021, the parties filed a stipulation proffering that the CAR that was previously filed actually corresponded to a different claimant with the same name. (ECF No. 17.) The parties request a 62 day extension of time to file the CAR, and request Plaintiff file an opening brief within 30 days of the filing of the CAR. (Id.)

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The administrative record filed on August 16, 2021 (ECF No. 12) is STRICKEN;
2. The Defendant shall serve a copy of the administrative record on Plaintiff and file with the Court within sixty-two (62) days of entry of this order;
3. If the parties do not agree to a remand, the Plaintiff shall file an opening brief within thirty (30) days of the filing of the administrative record;
4. Defendant's opposition brief shall be filed within thirty (30) days of the filing of the opening brief; and
5. Plaintiff shall file any reply brief within fifteen (15) days of filing of the Defendant's opposition brief.

IT IS SO ORDERED.

Dated:   **November 10, 2021**

UNITED STATES MAGISTRATE JUDGE